ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>v.<br><br>ELVIA CABRERA RIVERA<br><br>Peticionaria | TA2026CE00148 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Aibonito<br><br>Caso Núm.: B LA2025G0103 y BVI2025G0009<br><br>Sobre: Art. 6.06 de la Ley 168 y Art. 93(a) del Código Penal |
| --- | --- | --- |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli

Campos Pérez, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 11 de febrero de 2026.

La parte peticionaria, Sra. Elvia Cabrera Rivera, acude ante nos mediante un recurso discrecional de *certiorari*. Solicita la revocación de la *Resolución* emitida el 23 de enero de 2023 por el Tribunal de Primera Instancia, Sala Superior de Aibonito.[1] En el referido dictamen, el TPI declaró No Ha Lugar la *Solicitud de desestimación al amparo del debido proceso de ley* instada por la peticionaria.[2] En consecuencia, descartó la desestimación de las acusaciones emitidas en su contra.[3]

Asimismo, el 10 de febrero de 2026, la peticionaria solicitó la celebración de una vista oral ante nos; y el 11 de febrero de 2026, presentó una *Urgentísima solicitud en auxilio de jurisdicción*.

A ambas peticiones, decretamos **no ha lugar**.

En cuanto a la petición de *certiorari*, luego de examinar el expediente y a tenor de la Regla 7 (B) (5) del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, según

---

[1] Apéndice II del recurso.

[2] Apéndice V y sus anejos. Véanse, además, Apéndices III y IV del recurso.

[3] Apéndice I del recurso: (1) infracción al Art. 6.06 de la Ley de Armas, *Portación y uso de armas blanca*, y (2) violación del Art. 93 (a) del Código Penal, *Asesinato en primer grado*, en concierto y común acuerdo con su hija, Anthonieska Avilés Cabrera. Los hechos acontecidos entre el 10 y 11 de agosto de 2025 culminaron con el asesinato de la menor Gabriela Nicole Pratts Rosario.

enmendado, pág. 15, 215 DPR __ (2025), determinamos prescindir del escrito en oposición. En el ejercicio de nuestra discreción, al palio de los criterios esbozados en la Regla 40 de nuestro Reglamento, *supra,* **denegamos** expedir el recurso del epígrafe.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.  La Jueza Trigo Ferraiuoli disiente sin voto escrito.


Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones